# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAYAL ORTHOPAEDIC CENTER, P.C. aso Christian S., <br><br> Plaintiff, <br><br> v. <br><br> AETNA, INC., <br><br> Defendant. | Civ. Action No.: <br><br> 2:17-cv-000721-ES-JAD |

## STIPULATION OF DISMISSAL

**THIS MATTER** having been amicably resolved and settled by and between the undersigned parties, it is hereby stipulated and agreed that all claims against all parties are hereby **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS**.

| | |
|---|---|
| **CALLAGY LAW, P.C.** | **CONNELL FOLEY, LLP** |
| By: /s/Tamara E. Kotsev | By: /s/Matthew Baker |
| Tamara E. Kotsev, Esq, | Matthew Baker, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Aetna Life Insurance Company* |
| DATE: June 18, 2019 | DATE: June 18, 2019 |

5068478-1